UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONICA BROWN, Individually and as Heir of MARK A. JACONSKI, Deceased, ) ) ) Plaintiff, ) ) ) vs ) ) TANYA DRUMMOND, et al, ) ) Defendants. ) | Cause No. 4:17-cv-1679-SNLJ |

## NOTICE OF SETTLEMENT

PLEASE be advised that a settlement has been reached in the above-styled case between Plaintiff and Defendants.  A hearing with the parties will be necessary for the Court to approve the agreed upon wrongful death settlement.  This hearing can be set once the medical liens pertaining to this matter are compromised, which is anticipated to be within the next ninety (90) days of the date of this filing.  Once the Court approves the settlement, Plaintiff will dismiss the case with prejudice.

Dated: September 13, 2018

                                                   Respectfully submitted,

                                                   FRANK, JUENGEL & RADEFELD
                                                   ATTORNEYS AT LAW, P.C.

                                                   By: */s/ Matthew A. Radefeld*
                                                   MATTHEW A. RADEFELD (#52288MO)
                                                   Attorney for Plaintiff
                                                   7710 Carondelet Avenue, Suite 350
                                                   Clayton, Missouri 63105
                                                   (314) 725-7777
                                                   *mradefeld@fjrdefense.com*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on **November 21, 2018** the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon D. Keith Henson and Bradley Hansmann:

                                                        By: */s/ Matthew A. Radefeld*
                                                        MATTHEW A. RADEFELD