IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONICA BROWN, Individually and as Heir of Mark A. Jaconski, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>TANYA DRUMMOND, PATRICIA "PATSY" MARTIN, JACOB ALLEN, SGT. CALEB NOLAND, SHERIFF JOHN COTTLE, and LINCOLN COUNTY, MISSOURI,<br><br>    Defendants. | Case No.:   4:17-CV-01679-SNLJ<br><br>**JURY TRIAL DEMANDED** |

## RECEIPT OF FRANK, JUENGEL & RADEFELD, ATTORNEYS AT LAW, P.C. FOR PAYMENT OF ATTORNEY FEES, COSTS AND EXPENSES

Matthew A. Radefeld, for and on behalf of himself and Frank, Juengel & Radefeld, Attorneys at Law, P.C., as attorneys for Plaintiff Monica Brown, hereby certifies to the Court that he and Frank Juengel & Radefeld, Attorneys at Law, P.C. have received the sum of One Hundred Thousand and 00/100 Dollars ($100,000.00) for attorney fees and the sum of Two Thousand Four Hundred Nine and 15/100 Dollars ($2,409.15) for expenses and costs from the settlement amount as approved by the Court herein and pursuant to the Judgment of the Court dated November 7, 2019 approving the settlement for the injuries to and death of Mark A. Jaconski, deceased, and the distribution of the Settlement Proceeds to the heir and beneficiary of Mark A. Jaconski, deceased.

Respectfully submitted,

By: /s/ Matthew A. Radefeld
    Matthew A. Radefeld, #52288MO
    Frank, Juengel & Radefeld
    Attorneys at Law, P.C.
    7710 Carondelet Avenue, Suite 350
    Clayton, MO 63105
    (314) 725-7777
    mradefeld@fjrdefense.com
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attorney whose name appears above signed the original of this pleading and that true and correct copy of the foregoing was filed with the Clerk of the Court to be served by the operation of the Court's electronic filing system and sent via First Class U.S. Mail this 7th day of November, 2019 to:

D. Keith Henson, #31988MO
165 North Meramec Ave., Suite 110
Clayton (St. Louis), MO 63105
Telephone: (314) 727-2266
Facsimile: (314) 727-2101
khenson@pcblawfirm.com
Attorney for Defendant Lincoln County, Missouri

                        /s/ Matthew A. Radefeld